## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-23372-WILLIAMS

ANDRES GOMEZ,

      Plaintiff,

v.

M10 MOTORS LLC,

      Defendant.

_____/

### JOINT NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, and Defendant, M10 MOTORS LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement.  The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice.  Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 9th, day of June, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Lindsay M. Massillon* |
| ANTHONY J. PEREZ | LINDSAY M. MASSILLON |
| Florida Bar No.: 535451 | Florida Bar No. 92098 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | FOWLER WHITE BURNETT, PA |
| 4937 S.W. 74th Court, Unit #3 | 1395 Brickell Avenue, 14th Floor |
| Miami, FL 33155 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 789-9200 |
| Facsimile: (305)553-3031 | Primary Email: |
| Primary Email:  ajperezlaw@gmail.com | lmassillon@fowler-white.com |
| Secondary Email:  aquezada@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020 I electronically filed the foregoing document with the

Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com;
bvirues@lawgmp.com; ddunn@lawgmp.com


By: ___*/s/ Anthony J. Perez, Esq.*_____
     ANTHONY J. PEREZ